In the Matter of the Claim of ALFONSINA MALGIERI, against GENERAL ELECTRIC COMPANY, Respondent. THE STATE INDUSTRIAL BOARD, Appellant.

(Argued February 9, 1932; decided March 3, 1932.)

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for appellant.

*Edward Jerome* for respondent.

Order of Appellate Division reversed and award confirmed, with costs in the Appellate Division and in this court, on the ground that there is evidence tending to establish a causal connection between the accidental injury and the death.

Concur: CARDOZO, Ch. J., LEHMAN, KELLOGG and HUBBS, JJ. Dissenting: POUND, CRANE and O'BRIEN, JJ.